Kenneth C Brooks SBN (167,792)
Law Office of Kenneth Brooks
125 East Sunnyoaks Ave, Suite 103
Campbell, CA 95008
Tel: 408-368-7997
Fax: 877-730-4315
kcb@brookspatents.com
Attorney for Relator

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES ex rel.<br><br>Richard T. Ogawa<br><br>      Relator,<br><br>  vs.<br><br>Hot Spot Fishing and Lures Ltd.,<br><br>      Defendant. | **Case No.: C 10-04579 CW**<br><br>**ORDER GRANTING RELATOR'S EX PARTE APPLICATION TO ENLARGE TIME SET FORTH IN THE EXISTING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Judge: Honorable Claudia Wilken |

Having considered Relator's (OGAWA) request to enlarge time and the Declaration of Kenneth C. Brooks and supporting documents in support thereof, the Court finds that the request should be granted for the reasons stated in Relator's Request.

NOW, THEREFORE, IT IS ODERED THAT Relator's Ex Parte Application to enlarge time set forth in the order setting existing case management conference and ADR deadlines is GRANTED.  **The CMC will be held on March 29, 2011 at 2:00 p.m.; other dates set accordingly.**

SO ORDERED.

Dated: _____1/6/2011_____.

Honorable Claudia Wilken
UNITED STATES DISTRCT JUDGE