Kenneth C Brooks SBN (167,792)
Law Office of Kenneth Brooks
125 East Sunnyoaks Ave, Suite 103
Campbell, CA 95008
Tel: 408-368-7997
Fax: 877-730-4315
kcb@brookspatents.com
Attorney for Relator

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES ex rel. ) ) | **Case No.: C 10-04579 CW** |
| Richard T. Ogawa ) ) | |
| Relator, ) ) | **ORDER GRANTING STIPULATED REQUEST FOR STAY** |
| vs. ) ) | Judge: Honorable Claudia Wilken |
| ) ) | |
| Hot Spot Fishing and Lures ) Ltd., ) ) | |
| Defendant. | |

Having considered Parties Stipulated Request to stay the current action and the Declaration of Kenneth C. Brooks and documents in support thereof, the Court finds that the request should be granted for the reasons stated in Stipulated Request.

NOW, THEREFORE, IT IS ODERED THAT the Stipulated Request to Stay the action until the Federal Circuit Court of Appeals publishes an order in the case styled *In Re BP Lubricants USA Inc.*, Misc. Docket No. 2010-960 (Fed. Cir. 2010). **A case management conference will be held on Tuesday, September 27, 2011 at 2 pm.**

SO ORDERED.

Dated: _____2/3/2011____.

_____
Honorable Claudia Wilken
DISTRICT COURT JUDGE