Madison C. Jellins (SBN142803) (madison.jellins@alston.com)
ALSTON & BIRD LLP
275 Middlefield Rd., Suite 150
Menlo Park, California  94025-4008
Telephone:       650-838-2000
Facsimile:        650-838-2001

Attorneys for Defendant
Hot Spot  Fishing & Lures Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES EX REL RICHARD T. OGAWA,<br><br>             Plaintiff,<br><br>       v.<br><br>HOT SPOT FISHING AND LURES LTD.,<br><br>             Defendant. | Case No. C 10-04579 CW<br><br>**ORDER GRANTING DEFENDANT HOT SPOT FISHING AND LURES LTD.'S STIPULATED REQUEST  TO ENLARGE TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |

Having considered Defendant Hot Spot Fishing and Lures Ltd., and Plaintiff Richard T. Ogawa's Stipulated Request for Extension of Time to File a Response to Plaintiff's  Complaint, and good cause appearing therefore, the Court hereby GRANTS the Stipulated Request.  The defendant shall file a response to the Complaint by February 21, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**,

Dated: **February 7, 2011**

_____
**Honorable CLAUDIA WILKEN**

(PROPOSED ORDER)
STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

CASE NO.: 10-04579