Madison C. Jellins (SBN142803) (madison.jellins@alston.com)
ALSTON & BIRD LLP
275 Middlefield Rd., Suite 150
Menlo Park, California  94025-4008
Telephone:	650-838-2000
Facsimile:	650-838-2001

Attorneys for Defendant
Hot Spot  Fishing & Lures Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES EX REL RICHARD T. OGAWA,<br><br>                Plaintiff,<br><br>    v.<br><br>HOT SPOT FISHING AND LURES LTD.,<br><br>                Defendant. | Case No. C 10-04579 CW<br><br>**ORDER GRANTING DEFENDANT HOT SPOT FISHING AND LURES LTD.'S STIPULATED REQUEST  TO SET ASIDE ORDER ENLARGING TIME** |

Having considered Defendant Hot Spot Fishing and Lures Ltd., and Plaintiff Richard T. Ogawa's Stipulated Request to Set Aside the Court's Order granting the parties' Request to Enlarge Time (Docket No. 19), and good cause appearing therefore, the Court hereby GRANTS the Stipulated Request.  In view of the Court's Order staying this case (Docket No. 18), the Court's Order extending Hot Spot's time to answer or otherwise respond to the Complaint until February 21, 2011 (Docket No. 19) is moot. Hot Spot shall not be required to answer or otherwise respond to the Complaint for so long as this case is stayed.  Hot Spot shall not be required to answer or otherwise respond to the Complaint until 14 days after the Court enters an Order lifting the stay in this case.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**,

Dated:  February 10, 2011

_____
**Honorable CLAUDIA WILKEN**

(PROPOSED ORDER)
STIPULATED REQUEST TO SET ASIDE ORDER ENLARGING TIME                                        CASE NO.: 10-04579