Kenneth C. Brooks (SBN167792) (kcb@brookspatents.com)
LAW OFFICE OF KENNETH C. BROOKS
125 East Sunnyoaks Avenue, Suite 103
Campbell Park, California  95118
Telephone:      408-368-7997
Facsimile:      877-730-4315

Attorney for Relator
Richard T. Ogawa

Attorney for Defendant
HOT SPOT FISHING & LURES Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES ex rel. Richard T. Ogawa,<br><br>    Relator,<br><br>  v.<br><br>HOT SPOT FISHING & LURES Ltd,<br><br>    Defendant. | Case No. C 10-04579 CW<br><br>**STIPULATED ORDER OF DISMISSAL** |

1    The parties, Relator Richard T. Ogawa, and Defendant Hot Spot Fishing and Lures Ltd.,
2 by counsel, hereby stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to the
3 dismissal of all claims against Hot Spot Fishing and Lures Ltd. in the lawsuit captioned above,
4 with prejudice.  Each party shall bear its own costs and attorneys' fees.

5    **IT IS SO AGREED AND STIPULATED.**

6 Dated:  March 23, 2011

7                                              By:  _____/s/ Madison C. Jellins_____
                                                    Madison C. Jellins
8
9                                              Attorney for Defendant
                                               Hot Spot Fishing and Lures Ltd.

10 Dated:  March 23, 2011                      Kenneth C. Brooks

11
                                               By:  _____/s/ Kenneth C. Brooks_____
12

13                                             Attorney for Relator
                                               RICHARD T. OGAWA
14

15

16    I attest that concurrence in the filing of this document has been obtained from Madison
17 C. Jellins.

18
   Dated:  March 23, 2011                      Kenneth C. Brooks, Relator
19

20                                             By:  _____/s/ Kenneth C. Brooks_____
                                                    Kenneth C. Brooks
21

22

23

24 SO ORDERED:

25  **3/28/2011**
26  Date                                       The Honorable Claudia Wilken
                                               United States District Court Judge
27

28